IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

BILLY G. HARRIS                                                                                   PETITIONER

v.                                      NO. 2:08CV00030 JLH

TIM OUTLAW, Warden,
FCI Forrest City, Arkansas                                                                        RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommendations received from Magistrate Judge John F. Forster, Jr., and the objections filed in response, and has further reviewed the relevant record *de novo*. The Findings and Recommendations are adopted in their entirety as this Court's findings.

It is therefore ordered that Respondent's motion to dismiss is granted and Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is dismissed without prejudice for lack of subject matter jurisdiction.

IT IS SO ORDERED this 12th day of May, 2008.

                                                                          _____
                                                                          UNITED STATES DISTRICT JUDGE